UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JAMES COLEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER GOFF, et al.,<br><br>　　　　　Defendants. | No.  2:24-cv-0575 TLN SCR P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff, a county inmate proceeding pro se, filed this civil rights action under 42 U.S.C. §1983.  On screening the complaint, the court found plaintiff failed to state any cognizable claims for relief under §1983.  The court dismissed the complaint with leave to amend.  Plaintiff was given sixty days from July 11, 2024, the date of service of the order, to file a first amended complaint.  (June 14, 2024 Order, ECF No. 11; Docket Entry dated July 11, 2024.)

　　　　Sixty days have passed and plaintiff has not filed a first amended complaint or otherwise responded to the court's June 14 order.  Although it appears from the file that plaintiff's copy of the June 14 order was returned by the Postal Service, plaintiff was properly served.  It is plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

////

////

1

Accordingly, IT IS HEREBY RECOMMENDED that this case be dismissed for plaintiff's failure to prosecute and to comply with the court's June 14 order. See Fed. R. Civ. P. 41; E.D. Cal. R. 110.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 2, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE